**3**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95603
Tel:  (530) 889-8900
Fax: (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiff
GERALD S. GANDRUP

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

9/7/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD S. GANDRUP | ) Case No.:  5:11-cv-00659-EJD |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER TAKING HEARING OF** |
| GMAC MORTGAGE, ETS SERVICES, LLC, | ) **SEPTEMBER 23, 2011 OFF** |
| MERS, HSBC and DEUTSCHE BANK, | ) **CALENDAR AND ALLOWING** |
| | ) **LEAVE TO AMEND PLAINTIFF'S** |
| Defendants. | ) **COMPLAINT** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**STIPULATION**

Plaintiff Gerald S. Gandrup ("Plaintiff") and Defendants GMAC Mortgage, LLC and ETS

Services, LLC ("Defendants") by and through their counsel of record, hereby stipulate and agree

as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Plaintiff filed his Complaint in *pro se* on February 14, 2011;

WHEREAS, Defendants responded by a motion to dismiss filed on May 5, 2011;

WHEREAS, a hearing on Defendant's motion to dismiss is scheduled for September 23,

2011, at 9:00 a.m.;

1

STIP. AND [PROPOSED] ORDER TO FILE
FAC IN LIEU OF OPPOSITION TO MTD

1    WHEREAS, since filing his Complaint, Plaintiff has retained the Law Office of Holly

2  Burgess to represent him in this action;

3    WHEREAS, the parties hereto believe that permitting amendment of Plaintiff's Complaint

4  will facilitate this action;

5    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties

6  that:

7    1.    Defendants' motion to dismiss scheduled for hearing on September 23, 2011 before

8        the Honorable Edward J. Davila is taken off calendar;

9    2.    Plaintiff may file a First Amended Complaint no later than September 16, 2011.

10

11

12                                         Respectfully Submitted,

13                                         **LAW OFFICES OF HOLLY S. BURGESS**
     Dated:  September 2, 2011             Holly S. Burgess

14
                                          By:   /s/ Holly S. Burgess
15                                              Holly S. Burgess
                                          Attorney for Plaintiff
16                                         GERALD S. GANDRUP

17
     Dated:  September 2, 2011             **SEVERSON & WERSON**
18                                         John B. Sullivan
                                          Edward R. Buell III
19                                         Ian J. Da Cunha

20
                                          By:   /s/ Ian J. Da Cunha
21                                              Ian J. Da Cunha
                                          Attorneys for Defendants
22                                         GMAC MORTGAGE, LLC; ETS SERVICES,
                                          LLC
23

24

25

26

27

28

                                              2

ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY

ORDERED THAT the hearing on the motion to dismiss scheduled for September 23, 2011 is

taken off calendar and Plaintiff may file a First Amended Complaint no later than September 16,

2011.   This Stipulation and Order terminates Docket Item No. 14.


DATED:  September 7, 2011

Honorable Edward J. Davila
United States District Court Judge

3

STIP. AND [PROPOSED] ORDER TO FILE
FAC IN LIEU OF OPPOSITION TO MTD