**3**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95603
Tel:  (530) 889-8900
Fax: (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiff
GERALD S. GANDRUP

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*
9/7/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD S. GANDRUP, <br><br>  Plaintiff, <br><br> vs. <br><br> GMAC MORTGAGE, ETS SERVICES, LLC, MERS, HSBC and DEUTSCHE BANK, <br><br>  Defendants. | Case No.:  5:11-cv-00659-EJD <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TAKING HEARING OF SEPTEMBER 23, 2011 OFF CALENDAR AND ALLOWING LEAVE TO AMEND PLAINTIFF'S COMPLAINT** |

## **STIPULATION**

Plaintiff Gerald S. Gandrup ("Plaintiff") and Defendants GMAC Mortgage, LLC and ETS Services, LLC ("Defendants") by and through their counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Plaintiff filed his Complaint in *pro se* on February 14, 2011;

WHEREAS, Defendants responded by a motion to dismiss filed on May 5, 2011;

WHEREAS, a hearing on Defendant's motion to dismiss is scheduled for September 23, 2011, at 9:00 a.m.;

1  WHEREAS, since filing his Complaint, Plaintiff has retained the Law Office of Holly
2  Burgess to represent him in this action;
3  WHEREAS, the parties hereto believe that permitting amendment of Plaintiff's Complaint
4  will facilitate this action;
5  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties
6  that:
7     1.   Defendants' motion to dismiss scheduled for hearing on September 23, 2011 before
8         the Honorable Edward J. Davila is taken off calendar;
9     2.   Plaintiff may file a First Amended Complaint no later than September 16, 2011.

Dated: September 2, 2011

Respectfully Submitted,
**LAW OFFICES OF HOLLY S. BURGESS**
Holly S. Burgess

By:   /s/ Holly S. Burgess
      Holly S. Burgess
Attorney for Plaintiff
GERALD S. GANDRUP

Dated: September 2, 2011

**SEVERSON & WERSON**
John B. Sullivan
Edward R. Buell III
Ian J. Da Cunha

By:   /s/ Ian J. Da Cunha
      Ian J. Da Cunha
Attorneys for Defendants
GMAC MORTGAGE, LLC; ETS SERVICES, LLC

# ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT the hearing on the motion to dismiss scheduled for September 23, 2011 is taken off calendar and Plaintiff may file a First Amended Complaint no later than September 16, 2011. This Stipulation and Order terminates Docket Item No. 14.

DATED: September 7, 2011

_____
Honorable Edward J. Davila
United States District Court Judge