**2**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA 95603
Tel: (530) 889-8900
Fax: (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiff
GERALD S. GANDRUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GERALD S. GANDRUP                )  Case No.:  5:11-cv-00659-EJD
                                 )
                                 )
                    Plaintiff,   )
                                 )  STIPULATION AND [PROPOSED]
          vs.                    )  ORDER ALLOWING PLAINTIFF
                                 )  LEAVE TO FILE AMENDED
GMAC MORTGAGE, ETS SERVICES, LLC,)  COMPLAINT
MERS, HSBC and DEUTSCHE BANK,    )
                                 )
                    Defendants.  )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )
                                 )

**STIPULATION**

Plaintiff Gerald S. Gandrup ("Plaintiff") and Defendants GMAC Mortgage, LLC and ETS

Services, LLC ("Defendants") by and through their counsel of record, hereby stipulate and agree

as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Plaintiff filed his Complaint in *pro se* on February 14, 2011;

WHEREAS, Defendants responded by a motion to dismiss filed on May 5, 2011;

WHEREAS, since filing his Complaint, Plaintiff has retained the Law Office of Holly

Burgess to represent him in this action;

1

STIP. AND [PROPOSED] ORDER TO FILE
FAC IN LIEU OF OPPOSITION TO MTD

1    WHEREAS, the parties hereto believe that permitting amendment of Plaintiff's Complaint

2 will facilitate this action;

3    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties

4 that:

5    1.    Plaintiff may file a First Amended Complaint no later than September 23, 2011.

6

7                                          Respectfully Submitted,
                                           **LAW OFFICES OF HOLLY S. BURGESS**
8                                          Holly S. Burgess
  Dated:  September 14, 2011
9                                          By:    /s/ Holly S. Burgess

10                                                Holly S. Burgess
                                           Attorney for Plaintiff
11                                         GERALD S. GANDRUP

12
  Dated:  September 14, 2011              **SEVERSON & WERSON**
13                                         John B. Sullivan
                                           Edward R. Buell III
14                                         Ian J. Da Cunha

15                                         By:    /s/ Ian J. Da Cunha

16                                                Ian J. Da Cunha
                                           Attorneys for Defendants
17                                         GMAC MORTGAGE, LLC; ETS SERVICES,
                                           LLC
18

19

20

21                                          ORDER

22    The parties having stipulated thereto and good cause appearing, IT IS HEREBY

23 ORDERED THAT Plaintiff may file a First Amended Complaint no later than September 23,

24 2011.

25

26 DATED:  September 19, 2011

27                                         Honorable Edward J. Davila
                                           United States District Court Judge
28

                                          2