**2**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95603
Tel:  (530) 889-8900
Fax: (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiff
GERALD S. GANDRUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD S. GANDRUP, | Case No.:  5:11-cv-00659-EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF LEAVE TO FILE AMENDED COMPLAINT** |
| vs. | |
| GMAC MORTGAGE, ETS SERVICES, LLC, MERS, HSBC and DEUTSCHE BANK, | |
| Defendants. | |

**STIPULATION**

Plaintiff Gerald S. Gandrup ("Plaintiff") and Defendants GMAC Mortgage, LLC and ETS Services, LLC ("Defendants") by and through their counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, Plaintiff filed his Complaint in *pro se* on February 14, 2011;

WHEREAS, Defendants responded by a motion to dismiss filed on May 5, 2011;

WHEREAS, since filing his Complaint, Plaintiff has retained the Law Office of Holly Burgess to represent him in this action;

WHEREAS, the parties hereto believe that permitting amendment of Plaintiff's Complaint will facilitate this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties that:

1. Plaintiff may file a First Amended Complaint no later than September 23, 2011.

Dated: September 14, 2011

Respectfully Submitted,
**LAW OFFICES OF HOLLY S. BURGESS**
Holly S. Burgess

By: /s/ Holly S. Burgess
    Holly S. Burgess
Attorney for Plaintiff
GERALD S. GANDRUP

Dated: September 14, 2011

**SEVERSON & WERSON**
John B. Sullivan
Edward R. Buell III
Ian J. Da Cunha

By: /s/ Ian J. Da Cunha
    Ian J. Da Cunha
Attorneys for Defendants
GMAC MORTGAGE, LLC; ETS SERVICES, LLC

## ORDER

The parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED THAT Plaintiff may file a First Amended Complaint no later than September 23, 2011.

DATED: September 19, 2011

_/s/ Edward J. Davila_
Honorable Edward J. Davila
United States District Court Judge