**1**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA 95661
Telephone: (530) 889-8900
Facsimile: (530) 889-8988
*hollyburgess@lohsb.com*

Attorney for Plaintiff
GERALD GANDRUP

## THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GERALD GANDRUP, | ) CASE NO: 5:11-cv-00659-EJD |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER DISMISSING |
| vs. | ) DEFENDANT LSI TITLE COMPANY, |
| | ) INC., OLD REPUBLIC TITLE |
| | ) COMPANY AND FIRST AMERICAN |
| GMAC MORTGAGE et al. | ) TITLE COMPANY ONLY, WITHOUT |
| | ) PREJUDICE |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiff, GERALD GANDRUP, pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

IT IS HEREBY ORDERED that Defendants **LSI TITLE COMPANY, INC., OLD REPUBLIC TITLE COMPANY, and FIRST AMERICAN TITLE COMPANY ONLY,** are dismissed **WITHOUT PREJUDICE** in the above-captioned matter.

Dated: February 14, 2012

_____
**Judge of U.S. District Court**

- 1 -