Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 889-8988
*hollyburgess@lohsb.com*

Attorney for Plaintiff
GERALD GANDRUP

THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD GANDRUP,<br><br>              Plaintiff,<br>vs.<br><br>GMAC MORTGAGE et al.<br><br>              Defendants. | CASE NO:  5:11-cv-00659-EJD<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANT LSI TITLE COMPANY, INC., OLD REPUBLIC TITLE COMPANY AND FIRST AMERICAN TITLE COMPANY <u>ONLY</u>, WITHOUT PREJUDICE |

The Court, having reviewed the **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** filed by Plaintiff, GERALD GANDRUP, pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby orders as follows:

**IT IS HEREBY ORDERED** that Defendants **LSI TITLE COMPANY, INC., OLD REPUBLIC TITLE COMPANY, and FIRST AMERICAN TITLE COMPANY <u>ONLY</u>,** are dismissed **WITHOUT PREJUDICE** in the above-captioned matter.

Dated: February 14, 2012

_____
**Judge of U.S. District Court**

- 1 -

Gandrup v. GMAC Mortgage et al.                                      **[PROPOSED] ORDER RE DISMISSAL**