**2**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
660 Auburn Folsom Road, Suite 203
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiff
GERALD GANDRUP

IT IS SO ORDERED
Judge Edward J. Davila
10/23/2012

THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD GANDRUP,<br><br>          Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, LLC fka GMAC WHOLESALE MORTGAGE CORPORATION; a Delaware limited liability company; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; ATLANTIC SAVINGS OF AMERICA, a California corporation (suspended); HSBC BANK USA, N.A., as Trustee of Deutsche Bank Alt-A Securities Inc.'s (DBALT) Mortgage Pass-Through Certificates, Series 2007-OA4; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 200 Gregory Court, Scotts Valley, California 95066; and DOES 1-20, inclusive,<br><br>          Defendants. | CASE NO:  5:11-CV-00659-EJD<br><br>**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE** |

- 1-

*Gandrup v GMAC Mortgage, LLC, et al., Case No.5:11-CV-00659-EJD*
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)** Plaintiff GERALD GANDRUP voluntarily dismisses the above-captioned action without prejudice as to all Defendants. The Clerk shall close this file.

DATED: October 22, 2012     **LAW OFFICES OF HOLLY S. BURGESS**

By**:**  /s/  *Holly S. Burgess*             .
       HOLLY S. BURGESS
       Attorney for Plaintiff