**2**

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
660 Auburn Folsom Road, Suite 203
Auburn, CA 95661
Telephone: (530) 889-8900
Facsimile: (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiff
GERALD GANDRUP

*IT IS SO ORDERED*
*Judge Edward J. Davila*
10/23/2012

THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD GANDRUP, | ) CASE NO: 5:11-CV-00659-EJD |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARILY** |
| | ) **DISMISSAL WITHOUT PREJUDICE** |
| GMAC MORTGAGE, LLC fka GMAC WHOLESALE MORTGAGE CORPORATION; a Delaware limited liability company; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC, a Delaware limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; ATLANTIC SAVINGS OF AMERICA, a California corporation (suspended); HSBC BANK USA, N.A., as Trustee of Deutsche Bank Alt-A Securities Inc.'s (DBALT) Mortgage Pass-Through Certificates, Series 2007-OA4; ALL PERSONS KNOWN OR UNKNOWN CLAIMING AN INTEREST IN 200 Gregory Court, Scotts Valley, California 95066; and DOES 1-20, inclusive, | ) |
| Defendants. | |

- 1 -

*Gandrup v GMAC Mortgage, LLC, et al., Case No.5:11-CV-00659-EJD*
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1
2   **NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)** Plaintiff
3   GERALD GANDRUP voluntarily dismisses the above-captioned action without prejudice as to all
4   Defendants.   The Clerk shall close this file.
5
6   DATED:  October 22, 2012             **LAW OFFICES OF HOLLY S. BURGESS**
7
                                 By**:**    /s/   *Holly S. Burgess*                      .
8                                            HOLLY S. BURGESS
                                             Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

- 2-

*Gandrup v GMAC Mortgage, LLC, et al., Case No.5:11-CV-00659-EJD*
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**